# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ELVIN CINTRON | : | Hon. Joseph H. Rodriguez |
| Plaintiff, | : | Civil Action No. 1:19-cv-21406-JHR-JS |
| v. | : | **ORDER** |
| WAL-MART STORES EAST, LP et al | : | |
| Defendants. | : | |

This matter having come before the Court by way of Plaintiff's Motion to Remand the case to the New Jersey Superior Court, Law Division, Camden County [Dkt. No. 6] pursuant to 28 U.S.C. § 1447(c); and the Court having considered the written submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS on this 17th day of June 2020 hereby

ORDERED that Plaintiff's Motion to Remand [Dkt. No. 6] is DENIED.

    /s/ Joseph H. Rodriguez
HON. JOSEPH H. RODRIGUEZ
United States District Judge